IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | |
|---|---|
| SUN LIFE ASSURANCE COMPANY OF CANADA, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )   CV 622-007 |
| MITCHELL W. MCMILLAN and REBECCA RINER, as Administrators of the Estate of Dustin C. Wilson and as Co-Conservators of L.W., a minor; SHAWN P. HOOKS, as personal representative of the Estate of Priscilla Riner-Hooks; L.W., a minor; H.W., a minor; SHEA HARRELL, as next friend and natural guardian of H.W., a minor | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

_____

**O R D E R**
_____

The Court **GRANTS** the parties' joint request in the Status Report, (doc. no. 26, p. 1), and **STAYS** all proceedings pending a ruling on Plaintiff's motion to appoint guardian ad litem for minor defendant H.W., (doc. no. 21). The Court will schedule a status conference after the presiding District Judge issues a ruling.

SO ORDERED this 22nd day of August, 2022, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA