IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| SUN LIFE ASSURANCE COMPANY OF CANADA )<br> )<br>    Plaintiff )<br> )<br>v. )<br> )<br>MITCHELL W. MCMILLAN and )<br>REBECCA RINER, as Administrators )<br>of the Estate of Dustin C. Wilson and as )<br>co-conservators of L.W., a minor; )<br>SHAWN P. HOOKS, as personal )<br>representative of the Estate of Priscilla )<br>Riner-Hooks; L.W., a minor; H.W., a )<br>minor; SHEA HARRELL, as next )<br>friend and natural guardian of H.W., a )<br>minor )<br> )<br>    Defendants ) | CIVIL ACTION<br><br>FILE NO. 6:22-CV-00007-JRH-BKE |

## **CONSENT MOTION TO DEPOSIT FUNDS INTO REGISTRY OF COURT**

SUN LIFE ASSURANCE COMPANY OF CANADA ("Sun Life"), plaintiff in this interpleader action filed pursuant to Fed. R. Civ. P. 22, moves for permission to deposit into the registry of this Court the sum of $90,000, plus interest, representing the remaining death benefits ("the death benefits"), payable under Policy No. 203431-001 by reason of the death of the insured, Dustin C. Wilson.

All of the parties remaining in this action consent to entry of an order permitting the payment of the benefits into the registry of the Court.

WHEREFORE, plaintiff SUN LIFE ASSURANCE COMPANY OF CANADA prays that its check be received into the registry of this Court as payment of the death benefits, plus applicable interest, for ultimate disposition by order of this Court and that the defendants be ordered to make any claim to said funds in this interpleader action.

This 1st day of February, 2023.

*s/ Kenton J. Coppage*
Kenton J. Coppage
Georgia Bar No. 187190

Attorney for Plaintiff

FOX ROTHSCHILD LLP
999 Peachtree Street, N.E.
Suite 1500
Atlanta, Georgia 30309
(404) 962-1000 - *Telephone*
(404) 962-1200 - *Facsimile*
kcoppage@foxrothschild.com

Consented to:

*s/ Timothy D. Roberts*
Timothy D. Roberts
Georgia Bar No. 609795

*Attorney for Defendants
Mitchell W. McMillan and
Rebecca Riner, as Administrator
of the Estate of Dustin C. Wilson
and as Co-Conservators of L.W.,
a minor*

OLIVER MANER LLP
Post Office Box 10186
Savannah, Georgia 31412
(912) 236-3311
troberts@olivermaner.com

*s/ Troy A. Lanier*
Troy A. Lanier
Georgia Bar No. 437775
*Guardian ad Litem for H.W., a minor*

Troy A. Lanier, P.C.
430 Ellis Street
Augusta, Georgia 30901
(706) 550-1941
tlanier@tlanierlaw.com

## CERTIFICATE OF SERVICE

The foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorney(s) of record:

Timothy D. Roberts, Esq.

Troy A. Lanier, Esq.

This 1st day of February, 2023.

*s/ Kenton J.* Coppage
Kenton J. Coppage
Georgia Bar No. 187190

Attorney for Plaintiff

FOX ROTHSCHILD LLP
999 Peachtree Street, N.E.
Suite 1500
Atlanta, Georgia 30309
(404) 962-1000 – *Telephone*
(404) 962-1200 – *Facsimile*
*kcoppage@foxrothschild.com*