IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| SUN LIFE ASSURANCE COMPANY OF CANADA, ) ) ) | |
| Plaintiff ) ) | |
| vs. ) ) | CASE NUMBER : CV622-7 |
| MITCHELL W. MCMILLAN, et al., ) ) ) | |
| Defendant ) | |

CLERK'S CERTIFICATE/ORDER

The Clerk hereby certifies that __Sun Life Assurance Company of Canada__ has deposited with the Court the sum of $ __115,076.71__ under F.R.Cv.P. 67. The money, designated as Registry funds, is hereby ORDERED to be deposited in an interest bearing account in accordance with the general order of this Court, entered September 23, 1983.

DONE this __17th__ day of __February__, __2023__, by Order of this Court.



JOHN E. TRIPLETT, CLERK OF COURT

By : _____
Deputy Clerk

(Rev. 03/20)