IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | | |
|---|---|---|
| SUN LIFE ASSURANCE COMPANY OF CANADA, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV 622-007 |
| MITCHELL W. MCMILLAN, et al., | ) ) | |
| Defendants. | ) | |

**O R D E R**

In light of the parties' joint status report, all discovery deadlines shall remain stayed while the parties implement their settlement agreement, which will require appointment of a conservator for H.W. and approval of the settlement agreement in the Probate Court of Emanuel County, Georgia. (Doc. no. 47.) If no dismissal is filed by July 22, 2024, the parties shall advise the Court as to the status of the case on or before that date.

SO ORDERED this 31st day of January, 2024, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA