IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | | |
|---|---|---|
| SUN LIFE ASSURANCE COMPANY OF CANADA, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV 622-007 |
| MITCHELL W. MCMILLAN, et al., | ) ) ) | |
| Defendants. | ) | |

**O R D E R**

In light of the parties' fifth joint status update, all case deadlines shall remain stayed while the parties implement their settlement agreement, which will require the conservator for H.W. to obtain a bond and approval of the settlement agreement in the Probate Court of Emanuel County, Georgia. (Doc. no. 51.)  If no dismissal is filed by Monday, July 21, 2025, the parties shall advise the Court as to the status of the case on or before that date.

SO ORDERED this 23rd day of January, 2025, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA